| | |
|---|---|
| 1 | Mia Farber (SBN 131467) |
| 2 | Mia.Farber@jacksonlewis.com<br>Talya Z. Friedman (SBN 216185) |
| 3 | Talya.Friedman@jacksonlewis.com<br>Eric J. Gitig (SBN 307547) |
| 4 | Eric.Gitig@jacksonlewis.com<br>JACKSON LEWIS P.C. |
| 5 | 725 South Figueroa Street, Suite 2500<br>Los Angeles, California  90017-5408 |
| 6 | Telephone:  (213) 689-0404<br>Facsimile:  (213) 689-0430 |
| 7 | Attorneys for Defendant |
| 8 | TRAVELCENTERS OF AMERICA LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENOVEVA RONQUILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELCENTERS OF AMERICA, LLC; BBDI LLC; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.:<br><br>**DEFENDANT TRAVELCENTERS OF AMERICA LLC'S NOTICE OF INTERESTED PARTIES**<br><br>(Filed concurrently with Notice of Removal; Declarations of Mia Farber, Mark R. Young, and Karen Kaminski; Civil Case Cover Sheet; and Corporate Disclosure Statement)<br><br>Complaint Filed:  April 24, 2019 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF GENOVEVA RONQUILLO, AND HER ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendant TRAVELCENTERS OF AMERICA LLC certifies that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Plaintiff GENOVEVA RONQUILLO;

Defendant TRAVELCENTERS OF AMERICA LLC;

Defendant BBDI LLC; and

TA Operating LLC

Dated: May 30, 2019                         JACKSON LEWIS P.C.

By:  _/s/ Mia Farber_
Mia Farber
Talya Z. Friedman
Eric J. Gitig

Attorneys for Defendant
TRAVELCENTERS OF AMERICA LLC