# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENOVEVA RONQUILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELCENTERS OF AMERICA, LLC; BBDI LLC; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 1:19-cv-00770-LJO-JLT<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE [FRCP 41(a)(1)] (Doc. 16)** |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 16) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation (Doc. 22), it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

    Dated: __**December 16, 2019**__             **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE